H. C. Gerke, administrator of the estate of James B. Reilly, deceased, appellant, v. J. A. Ware Construction Company, appellee.

Bill for an accounting. Appeal from the City Court of Alton; the Hon. L. D. Yeager, Judge, presiding. Heard in this court at the October term, 1918. Decree affirmed as modified. Opinion filed April 12, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Terry, Gueltig & Powell, for appellant. Robert E. Collins and Edward D'Arcy, for appellee.

Mr. Justice McBride delivered the opinion of the court.

---

B. G. Waggoner, administrator of the estate of Maye Wilton, deceased, appellee, v. Alton, Granite & St. Louis Traction Company, appellant.

Action by a passenger to recover for personal injuries sustained in the derailment of a car, through the operation of a derail switch at a junction. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Burroughs & Ryder, for appellant. D. H. Mudge, for appellee.

Mr. Justice McBride delivered the opinion of the court.

---

Alexander Decubber, appellee, v. Crab Orchard Coal Company, appellant.

Action by a pedestrian to recover for personal injuries sustained by being struck by an automobile while walking in a highway. Judgment for plaintiff. Appeal from the Circuit Court of Williamson county; the Hon. D. T. Hartwell, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 12, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Denison & Spiller and William H. Warder, for appellant. George R. Stone, for appellee; D. B. Reid and Fowler & Duty, of counsel.

Mr. Justice McBride delivered the opinion of the court.

---

# SECOND DISTRICT.

---

The People of the State of Illinois, defendant in error, v. Ben Silver, plaintiff in error. Gen. No. 6,586.

Prosecution for violation of sections 6 and 6½ of the Dramshop Act. Error to the County Court of McHenry county; the Hon. W. C. DeWolf, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919.

William L. Price, for plaintiff in error. Vincent S. Lumley, for defendant in error; Charles T. Allen, of counsel.

Mr. Presiding Justice Dibell delivered the opinion of the court.